## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **FREDERICK WILLIAM MALBRUE III,** | § § § § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § § | **No. 6:26-CV-00033-LS** |
| **FEDERAL EXPRESS CORPORATION, JOHN DOE, OFFICER NUMBER 4,** | § § § | |
| *Defendants.* | § § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff William Malbrue III moves to amend his complaint to add Cross Road Trucking, Inc., as a defendant. The Court referred this case to the Honorable Dan MacLemore for report and recommendation on dispositive matters, who recommended that the Court grant the motion to amend and remand the case to state court because the new defendant destroys the Court's diversity jurisdiction. Neither party objected to the recommendation. The Court therefore **ADOPTS** the report and recommendation, **GRANTS** Plaintiff's motion to amend his complaint [ECF No. 10], and **REMANDS** this case to the 146th Judicial District Court of Bell County, Texas, where it was Cause No. 25DCV358424. The Clerk shall **CLOSE** this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 23, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**